UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 24-1940-DMG (ADSx) | Date | April 14, 2025 |
|---|---|---|---|
| Title | *LTN Media LLC, et al. v. Bihaco Communications Trading and Services Corporation a/k/a / d/b/a BH Media* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR A LACK OF PERSONAL JURISDICTION**

On March 31, 2025, this Court issued an Order dismissing this action's related case *LTN Media LLC and Thuy Nga v. Bihaco Communication Trading and Services Corporation d/b/a a/k/a BH Media*, CV No. 24-1153-DMG (MBKx) (C.D. Cal. March 31, 2025) without prejudice for lack of general and specific personal jurisdiction. *See LTN Media LLC and Thuy Nga*, CV No. 24-1153-DMG at Doc. # 26 ("MTD Order"). This action involves the same plaintiffs (LTN Media LLC and Thuy Nga), the same defendant (Bihaco Communication Trading and Services Corporation d/b/a / a/k/a/ BH Media, hereinafter "BH Media"), and the same underlying facts, as confirmed by Plaintiffs in their notice of related cases. [Doc. # 3.] The only difference is that this action asserts claims under the Copyright Act, 17 U.S.C sections 101 *et seq.*, instead of the Digital Millenium Copyright Act and other state tort claims. [Doc. ## 3, 6 ("Compl.").] Additionally, Plaintiffs filed an application for entry of default against BH Media in this action on January 13, 2025. [Doc. # 21.] The Clerk of Court did not enter default due to a lack of authority to process default based on foreign service. [Doc. # 23.]

Plaintiffs are **ORDERED TO SHOW CAUSE** why this case should not be dismissed without prejudice for lack of personal jurisdiction for the same reasons set forth in the Court's MTD Order, and why their application for default should not be denied as moot. Plaintiffs shall file their response to this Order no later than **April 29, 2025**. **Failure to timely file a satisfactory response will result in the dismissal of this action without prejudice**.

**IT IS SO ORDERED**.